# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Cara O'Callaghan and Jenée Misraje<br><br>                                    Plaintiff(s)<br>v.<br><br>Regents of the University of California, et al.<br><br>                                    Defendant(s). | CASE NUMBER<br><br>2:19-cv-02289-JLS-DFM<br><br>**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Stephens, Reilly W.          of   Liberty Justice Center
*Applicant's Name (Last Name, First Name & Middle Initial*      190 South LaSalle Street
312-263-7668        312-263-7702         Suite 1500
*Telephone Number*      *Fax Number*          Chicago, IL 60603
rstepheens@libertyjusticecenter.org
            *E-Mail Address*           *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Cara O'Callaghan and Jenée Misraje

*Name(s) of Party(ies) Represent*       ✓ *Plaintiff(s)*  ☐ *Defendant(s)*  ☐ *Other:*

**and designating as Local Counsel**

Bucher, Mark W.          of    Law Office of Mark W. Bucher
*Designee's Name (Last Name, First Name & Middle Initial*   18002 Irvine Blvd., Suite 108
CA S.B.N. # 210474    714-313-3706    714-573-2297    Tustin, CA 92780-3321
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*
mark@calpolicycenter.org
            *E-Mail Address*           *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED

☐ DENIED:  ☐ for failure to pay the required fee.

☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

☐ for failure to complete Application: _____

☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.

☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.

☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

**Dated: April 2, 2019**                                  JOSEPHINE L. STATON
                                          **U.S. District Judge**