CHARLES F. ROBINSON #113197
MARGARET L. WU #184167
RHONDA S. GOLDSTEIN #250387
rhonda.goldstein@ucop.edu
University of California
Office of the General Counsel
1111 Franklin Street, 8th Floor
Oakland, CA 94607-5200
Telephone: 510-987-9800
Facsimile: 510-987-9757

*Attorneys for Defendant The Regents of the University of California*

*Additional counsel on following page*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CARA O'CALLAGHAN and JENÉE MISRAJE,**<br><br>Plaintiffs,<br><br>v.<br><br>**REGENTS OF THE UNIVERSITY OF CALIFORNIA; TEAMSTERS LOCAL 2010; and XAVIER BECERRA, in his Official Capacity as Attorney General of California,**<br><br>Defendants. | Case No. 2:19-cv-02289-JLS-DFM<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint Served: April 4, 2019<br><br>Current Response Date: April 25, 2019<br><br>New Response Date: May 24, 2019 |

Mark W. Bucher, State Bar No. 210474
Law Office of Mark W. Bucher
18002 Irvine Blvd., Suite 108
Tustin, CA 92780
Telephone: (714) 313-3321
Fax: (714) 573-2297
E-mail: mark@calpolicycenter.org

Brian K. Kelsey (Pro Hac Vice)
Reilly Stephens (Pro Hac Vice)
Liberty Justice center
190 South LaSalle Street, Suite 1500
Chicago, IL 60603
Telephone: (312) 263-7668
Fax: (312) 263-7702
E-mail: bkelsey@libertyjusticecenter.org
rstephens@libertyjusticecenter.org

*Attorneys for Plaintiffs Cara O'Callaghan and Jenée Misraje*

1  WHEREAS the Complaint in this action was served on Defendant The Regents of the University of California ("The Regents") on April 4, 2019;

WHEREAS the date for The Regents to answer or otherwise respond to the Complaint is currently April 25, 2019;

WHEREFORE pursuant to Civil Local Rule 8-3, the parties hereby stipulate that the date for Defendant The Regents to answer or otherwise respond to the Complaint is extended to May 24, 2019.

Dated: April 25, 2018

Office of the General Counsel
University of California

By: /s/ Rhonda S. Goldstein
Rhonda Stewart Goldstein

*Attorneys for Defendant The Regents of the University of California*

*All signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.*

Dated: April 25, 2018

Liberty Justice Center

By: /s/ Brian K. Kelsey
Brian K. Kelsey (Pro Hac Vice)
Reilly Stephens (Pro Hac Vice)

*Attorneys for Plaintiffs Cara O'Callaghan and Jenée Misraje*

- 3 -
STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS, Case No.2:19-cv-02289-JLS-DFM

# CERTIFICATE OF SERVICE

| | | | |
|---|---|---|---|
| Case Name: | **O'Callaghan, Cara, et al. v. Regents of the University of California, et al.** | No. | **2:19-cv-02289-JLS-DFM** |

I hereby certify that on <u>April 25, 2019</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on <u>April 25, 2019</u>, at Oakland, California.

| <u>Rhonda S. Goldstein</u> | <u>/s/ Rhonda S. Goldstein</u> |
|:---:|:---:|
| Declarant | Signature |