# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Cara OCallaghan, <br><br> PLAINTIFF(S)/PETITIONER(S) <br> v. <br><br> Regents of the University of California, <br><br> DEFENDANT(S)/RESPONDENTS(S) | CASE NUMBER <br><br> 2:19-cv-02289 JLS (DFMx) <br><br> **ORDER TO REASSIGN CASE DUE TO SELF-RECUSAL PURSUANT TO GENERAL ORDER 19-03** |

The undersigned Judge, to whom the above-entitled case was assigned, is hereby of the opinion that he or she should not preside over said case, by reason of *(please use additional sheets if necessary)*: University Board affiliation.

IT IS HEREBY ORDERED that this case be reassigned by the Clerk in accordance with General Order 19-03.

This self-recusal has been Ordered:
- [✓] within 120 days of the Court being assigned said case.
- [ ] after 120 days of the Court being assigned said case.

April 29, 2019
Date

*[signature]*
United States District Judge/Magistrate Judge

---

## NOTICE TO COUNSEL FROM CLERK

This case has been reassigned to Judge **James V. Selna**. On all documents subsequently filed in this case, please substitute the initials **JVS** after the case number in place of the initials of the prior judge so that the case number will read: **2:19-cv-02289-JVS (DFMx)**.

This is very important because documents are routed to the assigned judge by means of the initials.

cc: [✓] Previous Judge   [ ] Statistics Clerk

CV-52 (03/19)   ORDER TO REASSIGN CASE DUE TO SELF-RECUSAL PURSUANT TO GENERAL ORDER 19-03