ANDREW H. BAKER, SBN 104197
BEESON, TAYER & BODINE, APC
483 Ninth Street, 2nd Floor
Oakland, CA  94607
Telephone:   (510) 625-9700
Facsimile:    (510) 625-8275
Email:              abaker@beesontayer.com

Attorneys for Defendant
Teamsters Local 2010

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARA O'CALLAGHAN and JENEE MISRAJE,<br><br>Plaintiffs,<br><br>v.<br><br>REGENTS OF THE UNIVERSITY OF CALIFORNIA; TEAMSTERS LOCAL 2010; and XAVIER BECERRA, in his official capacity as Attorney General of California,<br><br>Defendants. | Case No. 19-CV-02289 JVS(DFM)<br><br>DECLARATION OF JASON RABINOWITZ IN SUPPORT OF TEAMSTERS LOCAL 2010'S OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION<br><br>Hearing Date:    June 10, 2019<br>Hearing Time:   1:30 p.m.<br>Courtroom:       10A<br>Judge:               Hon. James V. Selna<br>Complaint Filed:  March 27, 2019<br>Trial Date:         None set |

I, Jason Rabinowitz, hereby declare as follows:

1.   I am the Secretary-Treasurer and Principal Office of Teamsters Local (hereinafter "Local 2010").  I have served in this role since 2014.

2.   Local 2010 represents seven bargaining units of employees employed by the University of California and the California State University system, including the Classified and Allied Services Unit of the University of California in which the Plaintiffs in this case are employed.  Local 2010 represents approximately 13,691 employees located throughout California.

3.   As the Principal Officer of Local 2010, my job duties require me to be familiar with the Local 2010 Collective Bargaining Agreements with employers, and

the administration of the processes by which employees may agree to become Local Union members and to have their Union dues deducted from their paychecks.

4. Local 2010 is supported by employees who voluntarily become Union members and who agree to pay Union dues. No employees are required to become Union members as a condition of employment.

5. For at least as long as I have been the Principal Officer of Local 2010, when an employee desires to become a member of Local 2010, that employee is given the opportunity to sign a membership agreement that includes a payroll-deduction authorization, by which the member may agree to pay his or her Union dues or fees through payroll deduction. The payroll-deduction authorization is voluntary and commits the member to have his or her dues remitted to the Union by the employer for a set period of time, even if the member resigns from Union membership in the interim.

6. The authorization for a member to have dues remitted to the Union for a set period of time, even if the member resigns from Union membership in the interim, is important for Local 2010 because it allows the Union to budget and plan effectively. Specifically, it allows the Union to more effectively plan and make advance financial commitments, such as renting offices, hiring staff, and entering into contracts with other vendors. This commitment also makes administering dues deductions easier for the Union and the employers that deduct Union dues than that task would be if members could authorize and de-authorize deductions at will. Such commitments also reflect that Union members have voting rights – in connection with officer elections, contract-ratification referenda and other matters – that empower them to influence Union events for multiple years. Requiring such commitments helps to prevent employees from revoking dues authorization shortly after voting or after a contract is ratified. The dues-deduction authorization agreement also helps to prevent employees from signing up as Union members solely to obtain a particular benefit – such as to obtain a discount through one of the Union's member-only benefits programs – and

1  then immediately cancelling their dues deductions.  Such behavior would be unfair to
2  other members and would make it more difficult for the Union to offer member-only
3  benefits.
4      8.    On May 31, 2018, Cara Callaghan ("Callaghan") signed a membership
5  agreement that included a voluntary dues-deduction authorization.  A copy of this
6  agreement is attached as Exhibit 1 to the declaration of Nicole Cornejo.  On or around
7  June 29, 2018, O'Callaghan notified Local 2010 that she had resigned from Union
8  membership and was requesting the termination of her dues-deduction authorization.
9  The Union accepted O'Callaghan's resignation from Local 2010, and the Union is
10 treating June 29, 2018 as the effective date of her resignation.
11     9.    By letter dated July 24, 2018, I notified O'Callaghan that her request to
12 resign her Union membership had been processed, and also reminded her that her
13 obligation to continue paying fees to the Union survived the termination of her
14 membership, per the payroll-deduction authorization she had signed on May 31, 3018,
15 a copy of which I attached to the letter.  A true and correct copy of my July 24, 2018,
16 letter and its attachment is attached as Exhibit 1 to this declaration.
17     10.    O'Callaghan's May 31, 2018, payroll-deduction authorization provides
18 that it will remain in place until the expiration of the existing collective bargaining
19 agreement.  The Local 2010 collective bargaining agreement in place with the
20 University of California as of May 31, 2018, runs for a term of April 19, 2017, through
21 March 31, 2022.
22     11.    On July 27, 2015, Jenee Misraje ("Misraje") signed a membership
23 agreement that included a voluntary dues-deduction authorization.  A copy of this
24 agreement is attached as Exhibit 2 to the declaration of Nicole Cornejo.  On or around
25 August 8, 2018, Misraje notified Local 2010 that she had resigned from Union
26 membership and was requesting the termination of her dues-deduction authorization.
27 The Union accepted Misraje's resignation from Local 2010, and the Union is treating
28 August 8, 2018 as the effective date of her resignation.

12. By email dated August 9, 2018, Local 2010 Campus Representative Samuel Carlin advised Misraje that her request to resign Union membership had been processed, but reminded her that her agreement to pay Union fees continued (see Declaration of John Varga, Exhibit 1). By letter dated December 7, 2018, I notified Misraje that her request to resign her Union membership had been processed, and also reminded her that her obligation to continue paying fees to the Union survived the termination of her membership, per the payroll-deduction authorization she had signed on July 27, 2015, a copy of which I attached to the letter. A true and correct copy of my December 7, 2018, letter and its attachment is attached as Exhibit 2 to this declaration.

13. Misraje's July 27, 2017, payroll-deduction authorization provides that it will remain in place until the expiration of the existing collective bargaining agreement or for one year, whichever is shorter, and will automatically renew for the duration of successor collective bargaining agreements or one-year terms, whichever is shorter. The Local 2010 collective bargaining agreement in place with the University of California as of July 27, 2017, as noted above, runs for a term of April 19, 2017, through March 31, 2022; so Misraje's payroll-deduction authorization currently runs for one-year terms, with the current one-year term expiring July 27, 2019.

I declare under penalty of perjury that the forgoing is true and correct. Executed this 16th day of May, 2019 at Oakland, California.

_____
JASON RABINOWITZ

# EXHIBIT 1

to

# RABINOWITZ DECLARATION

814533 (5081-0354)



# TEAMSTERS LOCAL 2010

*An Affiliate of the International Brotherhood of Teamsters*

**Jason Rabinowitz**
Secretary Treasurer and Principal Officer

July 24, 2018

Cara M O'Callaghan          *Sent via USPS Certified/RR Requested 9590940239978079580696*
5145 San Lazaro
Santa Barbara, CA 93111

Subject:     Membership Opt Out Request

Dear Cara M O'Callaghan:

We have received and processed your request to change your membership status with Teamsters Local 2010. While we hope all members will stand together in our Union so we will have the power we need to win fair pay and rights at work, you are free to resign membership at any time. According to our records, you signed a Membership Application and payroll deduction authorization form on 5/31/2018. A copy of the Application is attached for your reference. Pursuant to the terms of the Membership Application that you signed, payroll deductions continue until revoked in accordance with the requirements of the Application. Therefore, payroll deductions will continue as an active fee payer. You may seek revocation in the future pursuant to the requirements described in the membership application and deduction authorization form.

Our ability to fight for better wages and fair working conditions depends on the strength of the Union's membership. We ask you to consider standing with your co-workers in the Union at this critical time.

Our pay, benefits and rights as public workers are under attack. **A well-funded campaign seeks to weaken our Unions so they can lower our pay and benefits. Over 10,000 of your colleagues – the vast majority of Teamsters Local 2010 members – have committed to stand together as Teamsters.** When we all commit to stand together in our Union, we show each other and the University that we will not be divided, and we have the power we need to protect our jobs, pay and benefits.

The Union is simply all of us standing together to win fair wages and a better workplace. **That's how Teamsters Local 2010 members have won strong contracts with guaranteed raises each year.**

But a powerful Union, like any effective organization, needs resources to function. **As an organization of working people, our Union doesn't receive funding from outside sources like corporations or billionaires. So, part of standing together is that we all contribute our fair**

**NORTHERN CALIFORNIA**
400 Roland Way, Suite 2010
Oakland, CA 94621
(510) 845-2221  |  (510) 845-7441 Fax

*Our Work Makes California Work!*
253

www.teamsters2010.org

**SOUTHERN CALIFORNIA**
9900 Flower Street
Bellflower, CA 90706
(562) 376-4710  |  (562) 376-1709 Fax

**share to make the Union run.** Since the Union represents everyone in the bargaining unit, and since everyone benefits from the raises and rights we win together, that's how we protect and expand our rights at work.

**We urge you to stand with your colleagues by completing and returning the Member Power Form today in the enclosed postage-paid envelope.** The amount that you currently contribute will not change. But you will receive important rights of membership, such as the right to vote on our contract and participate in Union elections. You will also receive exclusive Teamster Privilege benefits, such as Teamster Scholarships for your children, $5000 in Union-paid life insurance, member discounts, and more.

**Most importantly, you will be continuing to stand with your colleagues to protect our jobs, pay and benefits. Mail in your form today!** If you have any questions, please visit teamsters2010.org, call the Union at (213) 407-2331or email to takel@teamsters2010.org. **When we stand together as Teamsters, we win together!**

If you have any questions regarding the contents of this letter or wish to discuss, please do not hesitate to contact me.

Sincerely,

JASON RABINOWITZ
Secretary-Treasurer / Principal Officer

JR/RN

cc:   Tanya Akel, Union Representative



**Member Power**
**Teamster Power**

**Stand Together**
**Win Together**

## YES! I want to become a member of Teamsters Local 2010 and continue to stand with my coworkers to win fair wages, benefits, and working conditions for all!

**1** I recognize the need for a strong union and believe everyone represented by our union should pay their fair share to support our union's activities. Therefore, I voluntarily authorize my employer to deduct from my earnings and transfer to Teamsters Local 2010 an amount equal to the regular monthly dues uniformly applicable to members of Local 2010, and I agree that this authorization shall remain in effect for the duration of the existing collective bargaining agreement, if any, and yearly thereafter until a new CBA is ratified, unless I give written notice via U.S. mail to both the employer and Local 2010 during the 30 days prior to the expiration of the CBA or, if none, the end of the yearly period. My check-off authorization will renew automatically, regardless of my membership status, unless revoked during the window period described. **My signature below strengthens our Union to win fair wages and benefits!**

| Last Name | First Name | M.I. | Payroll Title | Hire Date |
|---|---|---|---|---|
| O'Callaghan | Cara | | AA III | 07/09 |

| Home Mailing Address | City | State | Zip |
|---|---|---|---|
| 5145 San Lazaro | Goleta | CA | 93111 |

| Home Phone | Mobile Phone | Personal Email |
|---|---|---|
| | 805-259-6314 | |

| Employer | Address | City | State & Zip | BARGAINING UNIT |
|---|---|---|---|---|
| UCSB, Rec Center | MC 3025 | | | CAMPUS ☒ MED CTR ☐ |

| Work Phone | Work Email | Department | Employee I.D. # |
|---|---|---|---|
| 805-893-2373 | | Recreation | 875 557 651 |

☐ It's okay to use my name & likeness for Teamster Publications   ☐ I would like to receive text messages from the Union (SMS)

As a member in good standing, I proudly pledge to faithfully uphold the Constitution and bylaws of the International Brotherhood of Teamsters and Local 2010. I will faithfully perform any duties entrusted to me to the best of my ability. I will conduct myself at all times in a manner as not to bring reproach upon my Union. I am proud to join with my Union Sisters and Brothers to accept my responsibilities during any authorized strike or lockout. As a member in good standing I shall be entitled to all of the rights and privileges of membership!

Signature: *Cara O'Callaghan*    Date: 5/31/18

**2** TEAMSTERS LIFE WITH DUES
$5,000 life insurance benefit free to Teamster members

**3** I want to hold politicians accountable to working families. I authorize my employer to withhold the amount below each week to forward to Teamsters Local 2010 as a contribution to D.R.I.V.E. (Democratic Republican Independent Voter Education).

| Member's Social Security # (Last 4 Only) | Member's Birthday |
|---|---|
| XXX-XX-4590 | 7/22/71 |

☐ $2.00  ☐ $3.00  ☐ $5.00  ☐ Other amount $_____

| Beneficiary #1 | Date of Birth |
|---|---|
| Zaiden Hugler | 02/05/04 |

| First Name | Last Name | Signature | Date |
|---|---|---|---|

This authorization is made voluntarily based on my specific understanding that: 1) I am not required to sign this form or make voluntary contributions to DRIVE as a condition of my employment or membership in the union; 2) I may refuse to contribute without reprisal; 3) Under law, only union members and union staff who are U.S. Citizens or lawful permanent residents are eligible to contribute to DRIVE. 4) DRIVE uses the money it receives for political purposes – including making contributions to and expenditures on behalf of candidates for federal, state, and local offices – and addressing political issues of importance to working families. This authorization shall remain in effect until revoked by me in writing via U.S. mail to Teamsters Local 2010. Contributions or gifts to DRIVE are not tax deductible as charitable contributions.

| Beneficiary #2 | Date of Birth |
|---|---|
| | |

| Beneficiary #3 | Date of Birth |
|---|---|
| | |

400 Roland Way, Suite 2010 | Oakland, CA 94621 | tel: (510) 845-2221 | fax: (510) 845-7444 | teamsters2010.org

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X | ☐ Agent<br>☐ Addressee |
| | B. Received by (Printed Name) | C. Date of Delivery |
| 1. Article Addressed to:<br><br>Cara M O'Callaghan<br><br>5145 San Lazaro<br><br>Santa Barbara CA 93111 | D. Is delivery address different from item 1? ☐ Yes<br>    If YES, enter delivery address below:    ☐ No | |
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>9590 9402 3997 8079 5806 96 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☒ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☒ Return Receipt for Merchandise |
| 2. Article Number (Transfer from service label) | ☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery<br>   (over $500) | ☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

# EXHIBIT 2

to

RABINOWITZ DECLARATION

814533 (5081-0354)

# TEAMSTERS LOCAL 2010

*An Affiliate of the International Brotherhood of Teamsters*

**Jason Rabinowitz**
Secretary Treasurer and Principal Officer

December 7, 2018

Jenee-Angelique Misraje      *Sent via USPS Certified/RR Requested 70131090000016054700*
802 22Nd St Apt A
Santa Monica, CA 90403

Subject:      Membership Opt Out Request

Dear Jenee-Angelique Misraje:

We have received and processed your request to change your membership status with Teamsters Local 2010. While we hope all members will stand together in our Union so we will have the power we need to win fair pay and rights at work, you are free to resign membership at any time. According to our records, you signed a Membership Application and payroll deduction authorization form on 07/27/15. A copy of the Application is attached for your reference. Pursuant to the terms of the Membership Application that you signed, payroll deductions continue until revoked in accordance with the requirements of the Application. Therefore, payroll deductions will continue as an active fee payer. You may seek revocation in the future pursuant to the requirements described in the membership application and deduction authorization form.

Our ability to fight for better wages and fair working conditions depends on the strength of the Union's membership. We ask you to consider standing with your co-workers in the Union at this critical time.

Our pay, benefits and rights as public workers are under attack. **A well-funded campaign seeks to weaken our Unions so they can lower our pay and benefits. Over 10,000 of your colleagues – the vast majority of Teamsters Local 2010 members – have committed to stand together as Teamsters.** When we all commit to stand together in our Union, we show each other and the University that we will not be divided, and we have the power we need to protect our jobs, pay and benefits.

The Union is simply all of us standing together to win fair wages and a better workplace. **That's how Teamsters Local 2010 members have won strong contracts with guaranteed raises each year.**

But a powerful Union, like any effective organization, needs resources to function. **As an organization of working people, our Union doesn't receive funding from outside sources like corporations or billionaires. So, part of standing together is that we all contribute our fair**

**NORTHERN CALIFORNIA**     *Our Work Makes California Work!*     **SOUTHERN CALIFORNIA**
400 Roland Way, Suite 2010     253     9000 Flower Street
Oakland, CA 94621         Bellflower, CA 90706
(510) 845-2221 | (510) 845-7141 Fax     www.teamsters2010.org     (562) 370-1710 | (562) 370-1709 Fax

share to make the Union run. Since the Union represents everyone in the bargaining unit, and since everyone benefits from the raises and rights we win together, that's how we protect and expand our rights at work.

**We urge you to stand with your colleagues by completing and returning the Member Power Form today in the enclosed postage-paid envelope.** The amount that you currently contribute will not change. But you will receive important rights of membership, such as the right to vote on our contract and participate in Union elections. You will also receive exclusive Teamster Privilege benefits, such as Teamster Scholarships for your children, $5000 in Union-paid life insurance, member discounts, and more.

**Most importantly, you will be continuing to stand with your colleagues to protect our jobs, pay and benefits. Mail in your form today!** If you have any questions, please visit teamsters2010.org, call the Union at (626) 703-8229 or email to scarlin@teamsters2010.org. **When we stand together as Teamsters, we win together!**

If you have any questions regarding the contents of this letter or wish to discuss, please do not hesitate to contact me.

Sincerely,

*[signature]*

JASON RABINOWITZ
Secretary-Treasurer / Principal Officer

JR/RN

cc: Sam Carlin, Union Representative

*Collected By (Union Rep / Member):* Seul /

2010030341

TEAMSTERS

**Teamsters Local 2010**
**Membership Application**

400 Roland Way, Suite 2010
Oakland, CA 94621
(510) 845-2221 | (510) 845-7444 fax
www.teamsters2010.org

## ELIGIBILITY FOR TEAMSTERS LOCAL 2010

Any non-supervisory career, casual or probationary employee whose payroll title is in UC's clerical and allied services unit, including: Administrative Assistants; __Assistants; Administrative Services (at LBNL); Bibliographers; Cashiers; Child Care Assistants; Clerks, Coders, Collections Representatives; Key Entry Operators; Library Assistants; Program Assistants; Public Safety Dispatchers; Secretaries; Survey Workers; Word Processing Specialists, and others. (Contact Teamsters Local 2010 if you're unsure whether you're eligible.)

## MEMBER INFORMATION

Last Name: Misraje
First Name: Jenée
M.I.:
Home / Mailing Address – Number & Street, Apt., P.O. Box, etc.: 802 22nd ST. Apt. A
City: Santa Monica State: CA Zip: 90403
Home Phone Number:
Mobile Phone Number: 323 793.0600
Work Phone Number:
Work Email Address: jenee@geog.ucla.edu
Campus/Medical Center: North Campus Loc: Bunche Employee ID#: 803533845
Work Address – Number & Street: 1255 Bunche Hall BOX 951524
City: Los Angeles State: CA Zip: 90095-1524

Please print legibly

## PAYROLL DEDUCTION AUTHORIZATION

Payroll Title (not working title):
Hire Date: 15 May 15
Personal Email Address: jmisraje@gmail.com
Member's Birthdate: 09,07,67

Teamsters Life with Dues Beneficiary Information ($5,000 member)

| Name (Last, First Middle Initial) | Date of Birth |
|---|---|
| Misraje, Jack | 03,05,68 |
| Misraje, Arden | 08,16,99 |
| | / / |

Interested In:

| Being a Steward | | Being a ROC | | D.R.I.V.E. | |
|---|---|---|---|---|---|
| ☐ Yes | ☐ No | ☐ Yes | ☐ No | ☐ Yes | ☐ No |

Notes:

I authorize the Regents of the University of California to withhold monthly or cease withholding from my earnings as an employee, membership dues, initiation fees and general assessments as indicated above. I understand and agree to the arrangement whereby one total monthly deduction will be made by the University based upon the current rate of dues, initiation fees, and general assessments. I also understand that changes in the rate of dues, initiation fees and general assessments may be made after notice to that effect is given to the university by the organization to which such authorized deductions are assigned and I hereby expressly agree that pursuant to such notice the university may withhold from my earnings amounts either greater than or less than those shown above without obligation to inform me before doing so or to seek additional authorization from me for such withholdings. The University will remit the amount deducted to the official designated by the organization. This authorization shall remain in effect until revoked by me---allowing up to 30 days' time to change the payroll records in order to make effective this assignment or revocation thereof----or until another employee organization becomes my exclusive representative. It is understood that this authorization shall become void in the event the employee organization's eligibility for payroll deduction terminates for any reason. Upon termination of my employment with the University, this authorization will no longer be in effect. This authorization does not include dues, initiation fees and general assessments to cover any time prior to the payroll period in which the initial deduction is made. Payroll deductions, including those legally required and those authorized by an employee are assigned priorities. In the event there are insufficient earnings to cover all required and authorized deductions, it is understood that deductions will be taken in the order assigned by the University and no adjustment will made in a subsequent pay period or membership dues, initiation fees and general assessments.

I, the undersigned, voluntarily submit this Application for Membership in the above Local Union, affiliated with the International Brotherhood of Teamsters, so that I may fully participate in the activities of the Union, hereby revoking any contrary designations. I understand that by becoming and remaining a member of the Union, I will be entitled to attend membership meetings, participate in the development of contract proposals for collective bargaining, vote to ratify or reject collective bargaining agreements, run for Union office or support candidates of my choice, receive Union publications and take advantage of programs available only to Union members. I understand that only as a member of the Union will I be able to determine the course the Union takes to represent me in negotiations to improve my wages, fringe benefits and working conditions. And, I understand that the Union's strength and ability to represent my interests depends upon my exercising my right, as guaranteed by federal law, to join the Union and engage in collective activities with my fellow workers. If admitted to membership, I agree to abide by the Constitution of the International as well as the Local Union Bylaws which are not in conflict with International laws and thereupon accept and assume the following oath of obligation: I pledge my honor to faithfully observe the Constitution and laws of the International Brotherhood of Teamsters. I pledge that I will comply with all the rules and regulations for the government of the International Union and this Local Union. I will faithfully perform all the duties assigned to me to the best of my ability and skill. I will conduct myself at all times in a manner, as not to bring reproach upon my Union. I shall take an affirmative part in the business and activities of the Union and accept and discharge my responsibilities during any authorized strike or lockout. I will never discriminate against a fellow worker on account of race, color, creed, sex, age, national origin, sexual orientation or physical handicap. I will at all times bear true and faithful allegiance to the International Brotherhood of Teamsters and this Local Union.

I understand that under the current law, I may elect "nonmember" status, and can satisfy any contractual obligation necessary to retain my employment by paying an amount equal to the uniform dues and initiation fee required of members of the Union. I also understand that if I elect not to become a member or remain a member, I may object to paying the pro-rata portion of regular Union dues or fees that are not germane to collective bargaining, contract administration and grievance adjustment, and I can request the Local Union to provide me with information concerning its most recent allocation of expenditures devoted to activities that are both germane and non-germane to its performance as the collective bargaining representative sufficient to enable me to decide whether or not to become an objector. I understand that nonmembers who choose to object to paying the pro-rata portion of regular Union dues or fees that are not germane to collective bargaining will be entitled to a reduction in fees based on the aforementioned allocation of expenditures, and will have the right to challenge the correctness of the allocation. The procedures for filing such challenges will be provided by my Local Union, upon request. I have read and understand the options available to me and submit this application to be admitted as a member of the Local Union.

I understand that contributions, gifts or dues paid to Teamsters Local 2010 are not tax deductible as charitable contributions, however I also understand that they may be deductible as ordinary and necessary business expense.

### CHECKOFF AUTHORIZATION AND ASSIGNMENT FOR PAYROLL DEDUCTION

I, Jenee Misraje hereby authorize my employer to deduct from my wages each and every month an amount equal to the monthly dues and/or initiation fees, and uniform assessments of Local Union 2010, and direct such amounts so deducted to be turned over each month to the Secretary-Treasurer of such Local Union for and on my behalf. This authorization is voluntary and is not conditioned on my present or future membership in the Union. This authorization and assignment shall be irrevocable for the term of the applicable collective agreement between the Union and the employer or for one year, whichever is the lesser, and shall automatically renew itself for successive yearly or applicable collective agreement periods thereafter, whichever is lesser, unless I give written notice to the employer and the union at least sixty (60) days, but not more than seventy-five (75) days before any periodic renewal date of this authorization and assignment of my desire to revoke the same. In the event that I become unemployed in the jurisdiction of the union Local 2010 has my permission to place me on automatic withdrawal.

[ease] sign and date, and then return completed form to TEAMSTER LOCAL 2010.
[D]o not submit directly to campus payroll or labor relations →

SIGNATURE: [signature] DATE: 07/27/15

| MONTHLY DEDUCTION | ENROLL | CURRENT AMOUNT |
|---|---|---|
| CURRENT HOURLY RATE | x | 1.44% PER MONTH |
| TOTALS | | 1.44% PER MONTH |
| ORGANIZATION NAME: | TEAMSTERS LOCAL 2010 | |

FOR UNIVERSITY USE ONLY

| Tran Code | Employee ID | Date | Element No. | Bal CD | Amount |
|---|---|---|---|---|---|
| 1 2 | 4 12 | 13 18 | 19 22 | 23 23 | 30 |
| X1 | | MO DY YR | 6 | G | |
| X1 | | | 6 | G | |

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br><br>Jenee-Angelique Misraje<br>802 22nd St. Apt A.<br>Santa Monica, CA. 90403 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered   ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7013 1090 0000 1605 4700 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540