ANDREW H. BAKER, SBN 104197
BEESON, TAYER & BODINE, APC
483 Ninth Street, 2nd Floor
Oakland, CA 94607
Telephone: (510) 625-9700
Facsimile: (510) 6225-8275
Email: abaker@beesontayer.com

Attorneys for Defendant
Teamsters Local 2010

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARA O'CALLAGHAN and JENEE MISRAJE,<br><br>Plaintiffs,<br><br>v.<br><br>REGENTS OF THE UNIVERSITY OF CALIFORNIA; TEAMSTERS LOCAL 2010; and XAVIER BECERRA, in his official capacity as Attorney General of California,<br><br>Defendants. | Case No. 19-CV-02289 JVS(DFM)<br><br>**DECLARATION OF NICOLE CORNEJO IN SUPPORT OF TEAMSTERS LOCAL 2010'S OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION**<br><br>Hearing Date: June 10, 2019<br>Hearing Time: 1:30 p.m.<br>Courtroom: 10A<br>Judge: Hon. James V. Selna<br>Complaint Filed: March 27, 2019<br>Trial Date: None set |

I, Nicole Cornejo, declare as follows:

1. I am an Administrative Assistant employed by Teamsters Local 2010 (hereinafter "Local 2010") at Local 2010's headquarters office located in Oakland, CA. I have served in this position since March 7, 2016.

2. My job duties include the collection and maintenance of all of the membership applications filled out by employees Local 2010 represents. These membership applications are maintained in a file cabinet at Local 2010's office in Oakland.

3. A true and correct copy of Plaintiff Cara O'Callaghan's May 31, 2018, membership application is attached as Exhibit 1 to this declaration. The application

1  attached as Exhibit 1 is located in the file cabinet referred to in Paragraph 2, which is
2  maintained in the ordinary course of business at Local 2010. The document has been
3  produced as it has been maintained in Local 2010's regular course of business.
4      4.    A true and correct copy of Plaintiff Jenee Misraje's July 27, 2015,
5  membership application is attached as Exhibit 2 to this declaration. The application
6  attached as Exhibit 2 is located in the file cabinet referred to in Paragraph 2, which is
7  maintained in the ordinary course of business at Local 2010. The document has been
8  produced as it has been maintained in Local 2010's regular course of business.
9      I declare under penalty of perjury that the foregoing is true and correct.
10 Executed this 16th day of May 2019, at Oakland, California.

*/s/ Nicole Cornejo*
NICOLE CORNEJO

# EXHIBIT 1

to

CORNJEJO DECLARATION

814533 (5081-0354)



*Member Power*
*Teamster Power*

*Stand Together*
*Win Together*

## YES! I want to become a member of Teamsters Local 2010 and continue to stand with my coworkers to win fair wages, benefits, and working conditions for all!

**1** I recognize the need for a strong union and believe everyone represented by our union should pay their fair share to support our union's activities. Therefore, I voluntarily authorize my employer to deduct from my earnings and transfer to Teamsters Local 2010 an amount equal to the regular monthly dues uniformly applicable to members of Local 2010, and I agree that this authorization shall remain in effect for the duration of the existing collective bargaining agreement, if any, and yearly thereafter until a new CBA is ratified, unless I give written notice via U.S. mail to both the employer and Local 2010 during the 30 days prior to the expiration of the CBA or, if none, the end of the yearly period. My check-off authorization will renew automatically, regardless of my membership status, unless revoked during the window period described. **My signature below strengthens our Union to win fair wages and benefits!**

| Last Name | First Name | M.I. | Payroll Title | Hire Date |
|---|---|---|---|---|
| O'Callaghan | Cara | | AA III | 07/09 |

| Home Mailing Address | City | State | Zip |
|---|---|---|---|
| 5145 San Lazara | Goleta | CA | 93111 |

| Home Phone | Mobile Phone | Personal Email |
|---|---|---|
| | 805-259-6314 | |

| Employer | Address | City | State & Zip | BARGAINING UNIT |
|---|---|---|---|---|
| UCSB, Rec Center | MC 3025 | | | CAMPUS ☒ MED CTR ☐ |

| Work Phone | Work Email | Department | Employee I.D. # |
|---|---|---|---|
| 805-893-2373 | | Recreation | 875 557 651 |

☐ It's okay to use my name & likeness for Teamster Publications    ☐ I would like to receive text messages from the Union (SMS)

As a member in good standing, I proudly pledge to faithfully uphold the Constitution and bylaws of the International Brotherhood of Teamsters and Local 2010. I will faithfully perform any duties entrusted to me to the best of my ability. I will conduct myself at all times in a manner as not to bring reproach upon my Union. I am proud to join with my Union Sisters and Brothers to accept my responsibilities during any authorized strike or lockout. As a member in good standing I shall be entitled to all of the rights and privileges of membership!

Signature: *Cara O'Callg*    Date: 5/31/18

**2** TEAMSTERS LIFE WITH DUES
$5,000 life insurance benefit free to Teamster members

**3** **I want to hold politicians accountable to working families.** I authorize my employer to withhold the amount below each week to forward to Teamsters Local 2010 as a contribution to D.R.I.V.E. (Democratic Republican Independent Voter Education).

| Member's Social Security # (Last 4 Only) | Member's Birthday |
|---|---|
| XXX-XX-4590 | 7/22/71 |

☐ $2.00  ☐ $3.00  ☐ $5.00  ☐ Other amount $_____

| Beneficiary #1 | Date of Birth |
|---|---|
| Zaiden Hugler | 02/05/04 |

| First Name | Last Name | Signature | Date |
|---|---|---|---|

| Beneficiary #2 | Date of Birth |
|---|---|
| | |

This authorization is made voluntarily based on my specific understanding that: 1) I am not required to sign this form or make voluntary contributions to DRIVE as a condition of my employment or membership in the union; 2) I may refuse to contribute without reprisal; 3) Under law, only union members and union staff who are U.S. Citizens or lawful permanent residents are eligible to contribute to DRIVE; 4) DRIVE uses the money it receives for political purposes – including making contributions to and expenditures on behalf of candidates for federal, state, and local offices – and addressing political issues of importance to working families. This authorization shall remain in effect until revoked by me in writing via U.S. mail to Teamsters Local 2010. Contributions or gifts to DRIVE are not tax deductible as charitable contributions.

| Beneficiary #3 | Date of Birth |
|---|---|
| | |

400 Roland Way, Suite 2010 | Oakland, CA 94621 | tel: (510) 845-2221 | fax: (510) 845-7444 | teamsters2010.org

# EXHIBIT 2

to

CORNEJO DECLARATION

814533 (5081-0354)

Collected By (Union Rep / Member): _Sen_

**2010030341**

# Teamsters Local 2010
## Membership Application

400 Roland Way, Suite 2010
Oakland, CA 94621
(510) 845-2221 | (510) 845-7444 fax
www.teamsters2010.org

### ELIGIBILITY FOR TEAMSTERS LOCAL 2010

Any non-supervisory career, casual or probationary employee whose payroll title is in UC's clerical and allied services unit, including: Administrative Assistants; __Assistants; Administrative Services (at LBNL); Bibliographers; Cashiers; Child Care Assistants; Clerks; Coders; Collections Representatives; Key Entry Operators; Library Assistants; Program Assistants; Public Safety Dispatchers; Secretaries; Survey Workers; Word Processing Specialists, and others. (Contact Teamsters Local 2010 if you're unsure whether you're eligible.)

### MEMBER INFORMATION

Last Name: Misraje
First Name: Jenee
M.I.:

Home / Mailing Address: 802 22nd St. Apt. A
City: Santa Monica  State: CA  Zip: 90403

Home Phone Number:
Mobile Phone Number: 323 793.0600
Work Phone Number:

Work Email Address: jenee@geog.ucla.edu

Campus/Medical Center: North Campus
Loc: Bunche
Employee ID#: 803533845

Work Address – Number & Street: 1255 Bunche Hall  BOX 951524
City: Los Angeles  State: CA  Zip: 90095-1524

Please print legibly

### PAYROLL DEDUCTION AUTHORIZATION

Payroll Title (not working title):
Hire Date: 15 May 15

Personal Email Address: jmisraje@gmail.com
Member's Birthdate: 09.07.67

**Teamsters Life with Dues Beneficiary Information ($5,000 member)**

Name (Last, First Middle Initial): Misraje, Jack
Date of Birth: 03.05.68

Name (Last, First Middle Initial): Misraje, Arden
Date of Birth: 08.16.99

Name (Last, First Middle Initial):
Date of Birth:

**Interested In:**
Being a Steward: Yes / No
Being a ROC: Yes / No
D.R.I.V.E.: Yes / No

Notes:

---

I authorize the Regents of the University of California to withhold monthly or cease withholding from my earnings as an employee, membership dues, initiation fees and general assessments as indicated above. I understand and agree to the arrangement whereby one total monthly deduction will be made by the University based upon the current rate of dues, initiation fees, and general assessments. I also understand that changes in the rate of dues, initiation fees and general assessments may be made after notice to that effect is given to the university by the organization to which such authorized deductions are assigned and I hereby expressly agree that pursuant to such notice the university may withhold from my earnings amounts either greater than or less than those shown above without obligation to inform me before doing so or to seek additional authorization from me for such withholdings. The University will remit the amount deducted to the official designated by the organization. This authorization shall remain in effect until revoked by me—allowing up to 30 days' time to change the payroll records in order to make effective this assignment or revocation thereof----or until another employee organization becomes my exclusive representative. It is understood that this authorization shall become void in the event the employee organization's eligibility for payroll deduction terminates for any reason. Upon termination of my employment with the University, this authorization will no longer be in effect. This authorization does not include dues, initiation fees and general assessments to cover any time prior to the payroll period in which the initial deduction is made. Payroll deductions, including those legally required and those authorized by an employee are assigned priorities. In the event there are insufficient earnings to cover all required and authorized deductions, it is understood that deductions will be taken in the order assigned by the University and no adjustment will be made in a subsequent pay period or membership dues, initiation fees and general assessments.

I, the undersigned, voluntarily submit this Application for Membership in the above Local Union, affiliated with the International Brotherhood of Teamsters, so that I may fully participate in the activities of the Union, hereby revoking any contrary designations. I understand that by becoming and remaining a member of the Union, I will be entitled to attend membership meetings, participate in the development of contract proposals for collective bargaining, vote to ratify or reject collective bargaining agreements, run for Union office or support candidates of my choice, receive Union publications and take advantage of programs available only to Union members. I understand that only as a member of the Union will I be able to determine the course the Union takes to represent me in negotiations to improve my wages, fringe benefits and working conditions. And, I understand that the Union's strength and ability to represent my interests depends upon my exercising my right, as guaranteed by federal law, to join the Union and engage in collective activities with my fellow workers. If admitted to membership, I agree to abide by the Constitution of the International as well as the Local Union Bylaws which are not in conflict with International laws and thereupon accept and assume the following oath of obligation: I pledge my honor to faithfully observe the Constitution and laws of the International Brotherhood of Teamsters. I pledge that I will comply with all the rules and regulations for the government of the International Union and this Local Union. I will faithfully perform all the duties assigned to me to the best of my ability and skill. I will conduct myself at all times in a manner, as not to bring reproach upon my Union. I shall take an affirmative part in the business and activities of the Union and accept and discharge my responsibilities during any authorized strike or lockout. I will never discriminate against a fellow worker on account of race, color, creed, sex, age, national origin, sexual orientation or physical handicap. I will at all times bear true and faithful allegiance to the International Brotherhood of Teamsters and this Local Union.

I understand that under the current law, I may elect "nonmember" status, and can satisfy any contractual obligation necessary to retain my employment by paying an amount equal to the uniform dues and initiation fee required of members of the Union. I also understand that if I elect not to become a member or remain a member, I may object to paying the pro-rata portion of regular Union dues or fees that are not germane to collective bargaining, contract administration and grievance adjustment, and I can request the Local Union to provide me with information concerning its most recent allocation of expenditures devoted to activities that are both germane and non-germane to its performance as the collective bargaining representative sufficient to enable me to decide whether or not to become an objector. I understand that nonmembers who choose to object to paying the pro-rata portion of regular Union dues or fees that are not germane to collective bargaining will be entitled to a reduction in fees based on the aforementioned allocation of expenditures, and will have the right to challenge the correctness of the allocation. The procedures for filing such challenges will be provided by my Local Union, upon request. I have read and understand the options available to me and submit this application to be admitted as a member of the Local Union.

I understand that contributions, gifts or dues paid to Teamsters Local 2010 are not tax deductible as charitable contributions, however I also understand that they may be deductible as ordinary and necessary business expense.

I, _Jenee Misraje_ **CHECKOFF AUTHORIZATION AND ASSIGNMENT FOR PAYROLL DEDUCTION** hereby authorize my employer to deduct from my wages each and every month an amount equal to the monthly dues and/or initiation fees, and uniform assessments of Local Union 2010, and direct such amounts so deducted to be turned over each month to the Secretary-Treasurer of such Local Union for and on my behalf. This authorization is voluntary and is not conditioned on my present or future membership in the Union. This authorization and assignment shall be irrevocable for the term of the applicable collective agreement between the Union and the employer or for one year, whichever is the lesser, and shall automatically renew itself for successive yearly or applicable collective agreement periods thereafter, whichever is lesser, unless I give written notice to the employer and the union at least sixty (60) days, but not more than seventy-five (75) days before any periodic renewal date of this authorization and assignment of my desire to revoke the same. In the event that I become unemployed in the jurisdiction of the union Local 2010 has my permission to place me on automatic withdrawal.

Please sign and date, and then return completed form to TEAMSTER LOCAL 2010.
Do not submit directly to campus payroll or labor relations →

SIGNATURE: _[signed]_
DATE: 07/27/15

| MONTHLY DEDUCTION | | |
|---|---|---|
| | ENROLL | CURRENT AMOUNT |
| CURRENT HOURLY RATE | x | 1.44% PER MONTH |
| TOTALS | | 1.44% PER MONTH |
| ORGANIZATION NAME: | TEAMSTERS LOCAL 2010 | |

**FOR UNIVERSITY USE ONLY**

| Tran Code | Employee ID | Date | Element No. | Bal CD | Amount |
|---|---|---|---|---|---|
| 1   2 | 4   12 | 13   18 | 19   22 | 23   23 | 30 |
| X1 | | MO  DY  YR | 6 | G | |
| X1 | | | 6 | G | |