1    ANDREW H. BAKER, SBN 104197
     BEESON, TAYER & BODINE, APC
2    483 Ninth Street, 2nd Floor
     Oakland, CA 94607
3    Telephone: (510) 625-9700
     Facsimile: (510) 625-8275
4    Email:     abaker@beesontayer.com

5
     Attorneys for Defendant
6    Teamsters Local 2010

7

8              UNITED STATES DISTRICT COURT

9          FOR THE CENTRAL DISTRICT OF CALIFORNIA

10

11   CARA O'CALLAGHAN and JENEE        Case No. 19-CV-02289 JVS(DFM)
     MISRAJE,
12                                     DECLARATION OF REGINA
                          Plaintiffs,  NATERMAN IN SUPPORT OF
13                                     TEAMSTERS LOCAL 2010'S
                  v.                   OPPOSITION TO MOTION FOR
14                                     PRELIMINARY INJUNCTION
     REGENTS OF THE UNIVERSITY OF
15   CALIFORNIA; TEAMSTERS LOCAL       Hearing Date:  June 10, 2019
     2010; and XAVIER BECERRA, in his  Hearing Time:  1:30 p.m.
16   official capacity as Attorney General of  Courtroom:  10A
     California,                       Judge:        Hon. James V. Selna
17                                     Complaint     March 27, 2019
                          Defendants.  Filed:
18                                     Trial Date:   None set

19         I, Regina Naterman, hereby declare as follows:

20         1.    I am the Office Administrator of Teamsters Local 2010 (hereinafter

21   "Local 2010"). I have served in this position since June 28, 2011.

22         2.    As Office Administrator of Local 2010, my job duties include overseeing

23   the receipt of member dues and fees from of Local 2010 members and Local 2010 non-

24   members.

25         3.    On November 8, 2018, I placed all of the fee payments that Local 2010

26   had received from the University of California on behalf of Cara O'Callaghan

27   (O'Callaghan) since June 29, 2018, into an interest-bearing escrow account. I also

28   arranged to escrow all future fee payments received from the University of California

1    on O'Callaghan's behalf.  All fee payments received from O'Callaghan beginning on
2    July 14, 2018 will be retained in this interest-bearing escrow account until I am
3    informed that this litigation has concluded.

4         4.    On April 17, 2019, I placed all of the fee payments that Local 2010 had
5    received from the University of California on behalf of Jenee Misraje (Misraje) since
6    August 8, 2018, into an interest-bearing escrow account.  I also arranged to escrow all
7    future fee payments received from the University of California on Misraje's behalf.
8    All fee payments received from Misraje beginning on August 8, 2018 will be retained
9    in this interest-bearing escrow account until I am informed that this litigation has
10   concluded.

11        I declare under penalty of perjury that the forgoing is true and correct.  Executed
12   this 14th day of May, 2019 at Oakland, California.

14                                   REGINA NATERMAN