```
ANDREW H. BAKER, SBN 104197
BEESON, TAYER & BODINE, APC
483 Ninth Street, 2nd Floor
Oakland, CA  94607
Telephone:  (510) 625-9700
Facsimile:   (510) 6225-8275
Email:            abaker@beesontayer.com
```

Attorneys for Defendant
Teamsters Local 2010

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARA O'CALLAGHAN and JENEE MISRAJE,<br><br>               Plaintiffs,<br><br>       v.<br><br>REGENTS OF THE UNIVERSITY OF CALIFORNIA; TEAMSTERS LOCAL 2010; and XAVIER BECERRA, in his official capacity as Attorney General of California,<br><br>               Defendants. | Case No. 19-CV-02289 JVS(DFM)<br><br>**DECLARATION OF JOHN VARGA IN SUPPORT OF TEAMSTERS LOCAL 2010'S OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION**<br><br>Hearing Date:    June 10, 2019<br>Hearing Time:    1:30 p.m.<br>Courtroom:         10A<br>Judge:                 Hon. James V. Selna<br>Complaint Filed: March 27, 2019<br>Trial Date:          None set |

I, John Varga, declare as follows:

1.     I am the Chief Counsel of Teamsters Local 2010 (hereinafter "Local 2010") employed at Local 2010's headquarters office located in Oakland, CA.

2.     My job duties include the communication with Local 2010's Campus Representatives regarding member requests to withdraw from Local 2010.

3.     Sam Carlin has been Local 2010's Campus Representative for the University of California Los Angeles campus since last year.

4.     On November 30, 2018, Carlin forwarded to me a string of email communications he had with Plaintiff Jenee Misraje dating back to Misraje's August 8, 2018, request to "opt out" of her membership.  This email string reflects that Carlin

on August 9, 2018, notified Misraje that she "will be dropped as a full member of Teamsters Local 2010," and on August 27, 2018, notified Misraje that her "request for membership opt out has been processed." A true and correct copy of this email string is attached as Exhibit 1 to this declaration.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 16th day of May 2019, at Oakland, CA.

JOHN VARGA

# EXHIBIT 1

to

# VARGA DECLARATION

814789 (5081-0354)

**From:** John Varga
**To:** John Varga
**Subject:** FW: Reminder: Sign Your Teamsters 2010 Member Power Form MISRAJE, JENEE-ANGELIQUE
**Date:** Monday, December 17, 2018 11:28:08 AM

**John Varga**
Chief Counsel



**Teamsters Local 2010**
400 Roland Way, Suite 2010
Oakland, CA 94621
Phone: (510) 845-2221 (Ext. 114)
Fax:     (510) 845-7444
teamsters2010.org

**CONFIDENTIALITY NOTICE:**
The information contained in this communication may contain confidential and/or privileged information. It is intended solely for use by the recipient and others authorized to receive it.   **DO NOT FORWARD.**   If you are not an intended recipient you must not use, copy, disclose or take any action based on this message or any information herein. If you have received this message in error, please advise the sender immediately by reply e-mail and delete this message. Thank you for your cooperation.

**From:** Sam Carlin <scarlin@teamsters2010.org>
**Sent:** Friday, November 30, 2018 7:37 AM
**To:** John Varga <jvarga@teamsters2010.org>
**Cc:** Tanya Akel <takel@teamsters2010.org>; Regina Naterman <rnaterman@teamsters2010.org>
**Subject:** Fwd: Reminder: Sign Your Teamsters 2010 Member Power Form MISRAJE, JENEE-ANGELIQUE

Hello John,

I was advised to forward you this communication regarding an opt-out fee payer who seems to be threatening filing suit against our local.

Please let me know if there is anything else you need me to do.

I have reached out to her and she refuses to speak on the phone or in person.

Thank you

Samuel Carlin, Jr
UCLA campus Representative
9900 Flower Street
Bellflower, CA 90706
Cell: (909)815-8308
Email: Scarlin@Teamsters2010.org

Begin forwarded message:

> **From:** Jenée Misraje <jmisraje@gmail.com>
> **Date:** November 29, 2018 at 2:26:07 PM PST
> **To:** Sam Carlin <scarlin@teamsters2010.org>
> **Subject: Re: Reminder: Sign Your Teamsters 2010 Member Power Form MISRAJE, JENEE-ANGELIQUE**
>
> Dear Mr. Carlin,
>
> Having exhausted resources at UCLA, I am in currently in conversation with a law firm regarding your teamsters group's complete refusal to stop taking dues out of my bi-monthly salary as I have asked you do and

confirm. I submitted my demands to you last August. The teamster union contract that I signed in 2015 mentions a window of time in which one can opt-out, however as of June 2018, "**government employers cannot deduct union dues or fees from any public employees' paychecks unless employees have authorized these deductions following the June 27, 2018 Supreme Court ruling**." (see link below) Obviously, I did the exact opposite and instead of reauthorizing this deduction following the ruling, I requested termination of any association with your group and the immediate cessation of all deductions being taken by your group out of my paycheck.

https://standwithworkers.org/california?gclid=Cj0KCQiAuf7fBRD7ARIsACqb8w4YywrMKlkSzQ1ioaOepv6rUclhbT4phktBoTDG_GO8aMZbB3ry_-8aAuziEALw_wcB

You are now illegally taking money, essentially stealing from me and my family. In actuality, I was initially forced to pay these dues as a newly hired UCLA employee, regardless of whether I agreed to join or not. Therefore, like hundreds of others, I was virtually forced into joining your group. You and your group are very dishonest and devious and most likely plan to continue stealing hard-earned funds. As of June 27th of this year, the Supreme Court issued a ruling that employees have the right to opt out immediately as it has been decided forcing employees to pay these fees against their will is **unconstitutional**. You are acting in direct violation of this Federal ruling.

Additionally, I am STILL receiving email and posted paper mail after YOU personally guaranteed that my name and contact information would be purged from your records. I am writing this email to you having received additional email AND three pieces of posted paper mail. STOP sending me this material immediately! It is truly a waste of resources!

I am looking forward to a resolution with legal help,

Jenée Misraje

jmisraje@gmail.com

On Mon, Aug 27, 2018 at 3:42 PM Sam Carlin <scarlin@teamsters2010.org> wrote:

> Hello Jenee,
>
> Your request for membership opt out has been processed and you should have received a mailer to your home / address we have on file.
>
> However, the Fee like I mentioned, you will have to wait until the window opens to opt out of and is in place for the life of the contract.
>
> Sorry we couldn't speak over the phone so I could clarify and answer any unsure questions.
>
> Best
>
> Samuel Carlin, Jr
> UCLA campus Representative
> 9900 Flower Street
> Bellflower, CA 90706
> Cell: (909)815-8308
> Email: Scarlin@Teamsters2010.org
>
> On Aug 27, 2018, at 10:21 AM, Jenée Misraje <jmisraje@gmail.com> wrote:
>
>> Dear Sam,

I have been in touch with UCLA Employee & Labor Relations. As I understand, you are the sole individual I am to communicate my demands to terminate the collect of member dues and my membership in the Teamsters union. The language you have pointed out describes a specific window of time in which I am to submit this request. I believe I am past the window defined HOWEVER I anticipate receiving a formal confirmation that my request has been received and that it will be honored and processed ASAP. I will look for confirmation that my membership will end and payroll deductions of my dues will be terminated soon after you submit the proper directive to UCLA Payroll division. Please confirm.

Thank you,

Jenée Misraje
jmisraje@gmail.com


On Fri, Aug 24, 2018 at 11:39 AM Sam Carlin <scarlin@teamsters2010.org> wrote:

> Hello Jenee, You can find what you're looking for in the section found above the signature box. out and I have attached a copy of the UCLA contract and it has information on the cover page as far as dates go.
>
> Hope this clarifies.
>
> **From:** Jenée Misraje [mailto:jmisraje@gmail.com]
> **Sent:** Tuesday, August 21, 2018 10:37 AM
> **To:** Sam Carlin <scarlin@teamsters2010.org>
> **Subject:** Re: Reminder: Sign Your Teamsters 2010 Member Power Form MISRAJE, JENEE-ANGELIQUE
>
> Dear Sam,
>
> Where is the "window" located to opt-out on the original "member power" form I submitted? I do not see anything that discusses opting out / stopping deduction for dues.
>
> Jenée
>
> jmisraje@gmail.com
>
>
> On Thu, Aug 9, 2018 at 7:45 PM Sam Carlin <scarlin@teamsters2010.org> wrote:
>
>> Hello Jenee,
>>
>> Your request has been submitted as asked. You will be dropped as a full member of Teamsters local 2010 and you will be receiving a mailer to your home address. If you would like, please send me a current address to make sure we have a good one on file.
>>
>> I have attached a copy of your current member card for you review on how to opt-out of the Fee that is associated with your member power form. There will be a window to opt out of your fee outlined in the form you submitted.
>>
>> Have a blessed day.
>>
>> **From:** Jenée Misraje [mailto:jmisraje@gmail.com]
>> **Sent:** Thursday, August 09, 2018 3:58 PM
>> **To:** Sam Carlin <scarlin@teamsters2010.org>

**Subject:** Re: Reminder: Sign Your Teamsters 2010 Member Power Form MISRAJE, JENEE-ANGELIQUE

What is to understand that requires a phone conversation? Send me any necessary details and delete me from membership. And stop taking funds as member dues. Thank you, Samuel.

On Thu, Aug 9, 2018 at 3:55 PM Sam Carlin <scarlin@teamsters2010.org> wrote:
> Hello Jenee,
>
> I would be the one who can assist you in submitting your request to opt out. However, I would like to take the time to explain the process and to explain a little more about membership form we have on file for you.
>
> Best
>
> Samuel Carlin, Jr
> UCLA campus Representative
> 9900 Flower Street
> Bellflower, CA 90706
> Cell: (909)815-8308
> Email: Scarlin@Teamsters2010.org
>
> On Aug 8, 2018, at 6:30 PM, Jenée Misraje <jmisraje@gmail.com> wrote:
>
>> Is there another method for submitting my request? A form?
>>
>> On Wed, Aug 8, 2018 at 3:04 PM Sam Carlin <scarlin@teamsters2010.org> wrote:
>>> Hello Jenee,
>>>
>>> Pleasure to meet you, please give me a call at your earliest convenience so I can explain to you a little more about your request.
>>>
>>> Best
>>>
>>> (909) 815-8308
>>>
>>> **From:** Judith Serlin
>>> **Sent:** Wednesday, August 08, 2018 2:43 PM
>>> **To:** Jenée Misraje <jmisraje@gmail.com>; Sam Carlin <scarlin@teamsters2010.org>
>>> **Subject:** RE: Reminder: Sign Your Teamsters 2010 Member Power Form MISRAJE, JENEE-ANGELIQUE
>>>
>>> Jenee
>>>
>>> I am no longer your representative. I have forwarded your emails to Sam Carlin.
>>>
>>> Judith Serlin
>>> Teamsters 2010
>>> 9900 Flower Street
>>> Bellflower, CA 90706
>>>
>>> www.teamsters2010.org

(310) 508 - 2105 - cell
(562) 376-4709 - fax

**From:** Jenée Misraje <jmisraje@gmail.com>
**Sent:** Wednesday, August 08, 2018 2:19 PM
**To:** Judith Serlin <jserlin@teamsters2010.org>; Sam Carlin <scarlin@teamsters2010.org>
**Subject:** Re: Reminder: Sign Your Teamsters 2010 Member Power Form MISRAJE, JENEE-ANGELIQUE

Sorry! Here's the correct version!
jmisraje@gmail.com

On Wed, Aug 8, 2018 at 2:18 PM Jenée Misraje <jmisraje@gmail.com> wrote:

> Here's the letter signed! Please replace first draft with this final draft and confirm I have been removed from the membership of Teamsters 2010.
>
> Thank you!
>
> ---------- Forwarded message ---------
> From: **Jenée Misraje** <jmisraje@gmail.com>
> Date: Wed, Aug 8, 2018 at 2:14 PM
> Subject: Fwd: Reminder: Sign Your Teamsters 2010 Member Power Form MISRAJE, JENEE-ANGELIQUE
> To: <jserlin@teamsters2010.org>
>
> Hello Judith,
>
> I would like to OPT-OUT and exercise my rights under the passage of the Janus v AFSCME. Please see attached letter.
>
> Thank you,
>
> Jenée Misraje
> jmisraje@gmail.com

--
jmisraje@gmail.com
--
jmisraje@gmail.com