# CERTIFICATE OF SERVICE

| | | | |
|---|---|---|---|
| Case Name: | **O'Callaghan, Cara, et al. v. Regents of the University of California, et al.** | No. | **2:19-cv-02289-JLS-DFM** |

I hereby certify that on <u>May 20, 2019</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**DEFENDANT XAVIER BECERRA'S OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on <u>May 20, 2019</u>, at Sacramento, California.

| Eileen A. Ennis | */s/ Eileen A. Ennis* |
|---|---|
| Declarant | Signature |

SA2019101538
13749960.docx