HANSON BRIDGETT LLP
DOROTHY S. LIU, SBN 196369
dliu@hansonbridgett.com
GILBERT J. TSAI, SBN 247305
gtsai@hansonbridgett.com
WINSTON K. HU, SBN 306677
whu@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone:   (415) 777-3200
Facsimile:   (415) 541-9366

Rhonda S. Goldstein #250387 *(Counsel for Service)*
rhonda.goldstein@ucop.edu
Shondella M. Reed #249039
University of California
Office of the General Counsel
1111 Franklin Street, 8th Floor
Oakland, CA  94607-5200
Telephone: 510-987-9800
Facsimile:  510-987-9757

*Attorneys for Defendant*
THE REGENTS OF THE UNIVERSITY
OF CALIFORNIA

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Cara O'Callaghan and Jenée Misraje,<br><br>Plaintiffs,<br><br>v.<br><br>Regents of the University of California; Teamsters Local 2010; and Xavier Becerra, in his official capacity as Attorney General of California,<br><br>Defendants. | Case No. 2:19-cv-02289-JVS (DFMx)<br><br>**DEFENDANT THE REGENTS OF THE UNIVERSITY OF CALIFORNIA'S NOTICE OF MOTION AND MOTION TO DISMISS**<br><br>Date:     September 9, 2019<br>Time:    1:30 p.m.<br>Crtrm.:  10C<br>Judge:   Hon. James V. Selna |

15518744.1

Case No. 2:19-cv-02289-JVS (DFMx)
DEFENDANT THE REGENTS OF THE UNIVERSITY OF CALIFORNIA'S NOTICE OF MOTION AND MOTION TO DISMISS

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

**PLEASE TAKE NOTICE THAT** on September 9, 2019, at 1:30 p.m. in the United States District Court for the Central District of California, located at the Ronald Reagan Federal Building and United States Courthouse, 411 West Fourth Street, Santa Ana, CA, 92701, in Courtroom 10C before the Honorable James V. Selna, Defendant The Regents of the University of California ("The Regents" or the "University"), will and hereby does move this Court for an order dismissing the Complaint of Plaintiffs Cara O'Callaghan and Jenée Misraje ("Plaintiffs") against the University, with prejudice, pursuant to Federal Rule of Civil Procedure 12(b)(1) and 12(b)(6) on the grounds that this Court lacks subject-matter jurisdiction and because Plaintiffs have failed to state a claim upon which relief can be granted.

First, Plaintiffs' claims against the University are barred by the Eleventh Amendment. Second, the California Public Employment Relations Board has exclusive jurisdiction over Plaintiffs' claims. Third, Plaintiffs' claims must be dismissed in their entirety because they voluntarily authorized the actions now challenged in their Complaint.

This Motion is based on this Notice of Motion and the attached Memorandum of Points and Authorities, filed concurrently herewith, all of the pleadings, files, and records in this proceeding, all other matters of which the Court may take judicial notice, and any argument or evidence that may be presented to or considered by the Court prior to its ruling.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

15518744.1

-1-   Case No. 2:19-cv-02289-JVS (DFMx)
DEFENDANT THE REGENTS OF THE UNIVERSITY OF CALIFORNIA'S NOTICE OF MOTION AND MOTION TO DISMISS

1    This motion is made following the conference of counsel pursuant to Central
2    District Local Rule 7-3 which took place on May 17, 2019.
3
4    DATED:  May 24, 2019                HANSON BRIDGETT LLP
5
6
7                                         By:    */s/ Gilbert J. Tsai*
                                              DOROTHY S. LIU
8                                             GILBERT J. TSAI
                                              WINSTON K. HU
9                                             Attorneys for Defendant
10                                            THE REGENTS OF THE UNIVERSITY
                                              OF CALIFORNIA

15518744.1

-2-    Case No. 2:19-cv-02289-JVS (DFMx)
DEFENDANT THE REGENTS OF THE UNIVERSITY OF CALIFORNIA'S NOTICE OF MOTION AND MOTION TO DISMISS