| | |
|---|---|
| 1 | HANSON BRIDGETT LLP |
| | DOROTHY S. LIU, SBN 196369 |
| 2 | dliu@hansonbridgett.com |
| | GILBERT J. TSAI, SBN 247305 |
| 3 | gtsai@hansonbridgett.com |
| | WINSTON K. HU, SBN 306677 |
| 4 | whu@hansonbridgett.com |
| | 425 Market Street, 26th Floor |
| 5 | San Francisco, California 94105 |
| | Telephone:  (415) 777-3200 |
| 6 | Facsimile:   (415) 541-9366 |
| 7 | Rhonda S. Goldstein #250387 *(Counsel for Service)* |
| | rhonda.goldstein@ucop.edu |
| 8 | Shondella M. Reed #249039 |
| | University of California |
| 9 | Office of the General Counsel |
| | 1111 Franklin Street, 8th Floor |
| 10 | Oakland, CA  94607-5200 |
| | Telephone: 510-987-9800 |
| 11 | Facsimile:  510-987-9757 |
| 12 | *Attorneys for Defendant* |
| | THE REGENTS OF THE UNIVERSITY |
| 13 | OF CALIFORNIA |

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 18 | Cara O'Callaghan and Jenée Misraje, | Case No. 2:19-cv-02289-JVS (DFMx) |
| 19 | Plaintiffs, | **[PROPOSED] ORDER GRANTING DEFENDANT THE REGENTS OF THE UNIVERSITY OF CALIFORNIA'S MOTION TO DISMISS** |
| 20 | v. | |
| 21 | Regents of the University of California; Teamsters Local 2010; and Xavier Becerra, in his official capacity as Attorney General of California, | |
| 22 | | Date:    September 9, 2019 |
| 23 | Defendants. | Time:    1:30 p.m. |
| 24 | | Crtrm.:  10C |
| | | Judge:   Hon. James V. Selna |

25  Defendant The Regents of the University of California's Motion to Dismiss

26  ("the University") came on for hearing before this Court on September 9, 2019 at

27  1:30 p.m.  Having considered the arguments and authorities submitted by the

28  Parties, the Court GRANTS Defendant's Motion and dismisses Plaintiffs'

-1-   Case No. 2:19-cv-02289-JVS (DFMx)

Complaint against the University.

All of Plaintiffs' claims against the University are barred by the Eleventh Amendment.

The California Public Employment Relations Board has exclusive jurisdiction over Plaintiffs' claims.

Plaintiffs voluntarily authorized the University to deduct union dues from payroll, and therefore the United States Supreme Court's decision in *Janus v. AFSCME, Council 31*, 138 S. Ct. 2448 (2018) does not apply.

For these reasons, the Court grants Defendant the University's Motion to Dismiss with prejudice and without leave to amend.

**IT IS SO ORDERED.**

Dated: _____

Hon. James V. Selna
Judge, United States District Court

15530631.2

-2-   Case No. 2:19-cv-02289-JVS (DFMx)
[PROPOSED] ORDER GRANTING DEFENDANT THE REGENTS OF THE UNIVERSITY OF CALIFORNIA'S MOTION TO DISMISS