IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CARA O'CALLAGHAN and JENEE MISRAJE,**<br><br>Plaintiffs,<br><br>v.<br><br>**REGENTS OF THE UNIVERSITY OF CALIFORNIA; TEAMSTERS LOCAL 2010; and XAVIER BECERRA, in his Official Capacity as Attorney General of California,**<br><br>Defendants. | Case No. 2:19-cv-02289-JLS-DFM<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT XAVIER BECERRA'S MOTION TO DISMISS** |

1      This matter is before the Court on the motion to dismiss the Complaint,
2  brought by Defendant Xavier Becerra, in his official capacity as Attorney General
3  of the State of California.  Having reviewed and considered the motion and the
4  papers filed in support of and in opposition to the motion, and after hearing oral
5  argument, IT IS HEREBY ORDERED that:
6      Attorney General Becerra's motion to dismiss is granted and the claims raising
7  constitutional challenges to Government Code sections 1157.12, 3513(i), 3515,
8  3515.5, and 3583 (collectively, the dues-maintenance statutes), and Government
9  Code sections 3570, 3571.1(e), 3574, and 3578 (collectively, the exclusive-
10 representation statutes), are dismissed in their entirety without leave to amend.
11     IT IS SO ORDERED.

Dated: _____      _____

                                                                       The Honorable James V. Selna

SA2019101538
13771736.docx