HANSON BRIDGETT LLP
DOROTHY S. LIU, SBN 196369
dliu@hansonbridgett.com
GILBERT J. TSAI, SBN 247305
gtsai@hansonbridgett.com
WINSTON K. HU, SBN 306677
whu@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone:   (415) 777-3200
Facsimile:   (415) 541-9366

Rhonda S. Goldstein #250387 *(Counsel for Service)*
rhonda.goldstein@ucop.edu
Shondella M. Reed #249039
University of California
Office of the General Counsel
1111 Franklin Street, 8th Floor
Oakland, CA  94607-5200
Telephone: 510-987-9800
Facsimile:  510-987-9757

*Attorneys for Defendant*
JANET NAPOLITANO,
in her official capacity as President
of The University of California

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Cara O'Callaghan and Jenée Misraje,<br><br>Plaintiffs,<br><br>v.<br><br>Janet Napolitano, in her official capacity as President of the University of California; Teamsters Local 2010; and Xavier Becerra, in his official capacity as Attorney General of California,<br><br>Defendants. | Case No. 2:19-cv-02289-JVS (DFMx)<br><br>**DEFENDANT JANET NAPOLITANO'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT**<br><br>Date:    September 9, 2019<br>Time:    1:30 p.m.<br>Crtrm.:   10C<br>Judge:   Hon. James V. Selna |

15518744.1

Case No. 2:19-cv-02289-JVS (DFMx)
DEFENDANT JANET NAPOLITANO'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT

1  **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

2  **PLEASE TAKE NOTICE THAT** on September 9, 2019, at 1:30 p.m. in the
3  United States District Court for the Central District of California, located at the
4  Ronald Reagan Federal Building and United States Courthouse, 411 West Fourth
5  Street, Santa Ana, CA, 92701, in Courtroom 10C before the Honorable James V.
6  Selna, Defendant Janet Napolitano ("Ms. Napolitano"), sued in her official capacity
7  as President of the University of California (the "University"), will and hereby does
8  move this Court for an order dismissing the Complaint of Plaintiffs Cara O'Callaghan
9  and Jenée Misraje ("Plaintiffs") against her, with prejudice, pursuant to Federal Rule
10 of Civil Procedure 12(b)(1) and 12(b)(6) on the grounds that this Court lacks subject-
11 matter jurisdiction and because Plaintiffs have failed to state a claim upon which relief
12 can be granted.

13 Plaintiffs' claims against Ms. Napolitano are barred because the California
14 Public Employment Relations Board has exclusive jurisdiction over Plaintiffs' claims
15 and because they voluntarily authorized the actions now challenged in their
16 Complaint.

17 This Motion is based on this Notice of Motion and the attached Memorandum
18 of Points and Authorities, filed concurrently herewith, all of the pleadings, files, and
19 records in this proceeding, all other matters of which the Court may take judicial
20 notice, and any argument or evidence that may be presented to or considered by the
21 Court prior to its ruling.

22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

This motion is made following the conference of counsel pursuant to Central District Local Rule 7-3 which took place on May 17, 2019.

DATED: August 12, 2019          HANSON BRIDGETT LLP

By: _____*/s/ Gilbert J. Tsai*_____
DOROTHY S. LIU
GILBERT J. TSAI
WINSTON K. HU
Attorneys for Defendant
JANET NAPOLITANO,
in her official capacity as President
of The University of California