| | |
|---|---|
| 1 | HANSON BRIDGETT LLP |
|  | DOROTHY S. LIU, SBN 196369 |
| 2 | dliu@hansonbridgett.com |
|  | GILBERT J. TSAI, SBN 247305 |
| 3 | gtsai@hansonbridgett.com |
|  | WINSTON K. HU, SBN 306677 |
| 4 | whu@hansonbridgett.com |
|  | 425 Market Street, 26th Floor |
| 5 | San Francisco, California 94105 |
|  | Telephone:   (415) 777-3200 |
| 6 | Facsimile:    (415) 541-9366 |
| 7 | Rhonda S. Goldstein #250387 *(Counsel for Service)* |
|  | rhonda.goldstein@ucop.edu |
| 8 | Shondella M. Reed #249039 |
|  | University of California |
| 9 | Office of the General Counsel |
|  | 1111 Franklin Street, 8th Floor |
| 10 | Oakland, CA  94607-5200 |
|  | Telephone: 510-987-9800 |
| 11 | Facsimile:  510-987-9757 |
| 12 | Attorneys for Defendant |
|  | JANET NAPOLITANO, |
| 13 | in her official capacity as President |
| 14 | of The University of California |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Cara O'Callaghan and Jenée Misraje,<br><br>            Plaintiffs,<br><br>v.<br><br>Janet Napolitano, in her official capacity as President of the University of California; Teamsters Local 2010; and Xavier Becerra, in his official capacity as Attorney General of California,<br><br>            Defendants. | Case No. 2:19-cv-02289-JVS (DFMx)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT JANET NAPOLITANO'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT**<br><br>Date:     September 9, 2019<br>Time:    1:30 p.m.<br>Crtrm.:  10C<br>Judge:   Hon. James V. Selna |

[PROPOSED] ORDER GRANTING DEFENDANT JANET NAPOLITANO'S MOTION TO DISMISS
PLAINTIFFS' FIRST AMENDED COMPLAINT

15745866.1

1  Defendant Janet Napolitano's Motion to Dismiss Plaintiffs' First Amended
2  Complaint came on for hearing before this Court on September 9, 2019 at 1:30 p.m.
3  Janet Napolitano ("Ms. Napolitano") is sued in her official capacity as President of
4  the University of California (the "University"). Having considered the arguments
5  and authorities submitted by the Parties, the Court GRANTS Defendant's Motion
6  and dismisses Plaintiffs' Complaint against the her.

7  The California Public Employment Relations Board has exclusive jurisdiction
8  over Plaintiffs' claims and Plaintiffs voluntarily authorized the University to deduct
9  union dues from payroll, and therefore the United States Supreme Court's decision
10 in *Janus v. AFSCME, Council 31*, 138 S. Ct. 2448 (2018) does not apply.

11 For these reasons, the Court grants Defendant the Janet Napolitano's Motion
12 to Dismiss with prejudice and without leave to amend.

13 **IT IS SO ORDERED.**

15 Dated: _____   _____
16                                       Hon. James V. Selna
                                         Judge, United States District Court

15745866.1

-1-   Case No. 2:19-cv-02289-JVS (DFMx)
[PROPOSED] ORDER GRANTING DEFENDANT JANET NAPOLITANO'S MOTION TO DISMISS
PLAINTIFFS' FIRST AMENDED COMPLAINT