UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | |
|---|---|
| Case No. CV 19-2289 JVS (DFMx) | Date August 30, 2019 |
| Title Cara O'Callaghan, et al. v. Regents of the University of California, et al. | |

Present: The Honorable **James V. Selna, U.S. District Court Judge**

| Lisa Bredahl | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS) <u>Minute Order Regarding Request for Additional Documentation</u>**

On June 14, 2019, Plaintiffs Cara O'Callaghan and Jenee Misraje ("Plaintiffs") filed a First Amended Complaint ("FAC") against Defendants. FAC, Docket No. 52.

The Court requests that Plaintiffs file a supplemental document of a "redline" version of the FAC showing all additions and deletions of material by close of business on Wednesday, September 4, 2019.

**IT IS SO ORDERED.**

| | : | 0 |
|---|---|---|
| | Initials of Preparer | lmb |