IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CARA O'CALLAGHAN and JENEE MISRAJE,** | Case No. 2:19-cv-02289-JVS-DFM |
| Plaintiffs, | |
| v. | JUDGMENT |
| **JANET NAPOLITANO, in her official capacity as President of the University of California; TEAMSTERS LOCAL 2010; and XAVIER BECERRA, in his official capacity as Attorney General of California,** | |
| Defendants. | |

On September 30, 2019, having read and considered Defendants Janet Napolitano, in her official capacity as President of the University of California; Teamsters Local 2010; and Xavier Becerra, in his official capacity as Attorney General of California's motions to dismiss the First Amended Complaint Seeking Declaratory Relief, Injunctive Relief, and Damages by Plaintiffs Cara O'Callaghan and Jenee Misraje, and the papers and arguments submitted by the parties, this Court issued an order granting Defendants' motions to dismiss. The parties agree

1

that the order granting the motions to dismiss disposes of the case in its entirety in favor of Defendants and against Plaintiffs.

IT IS ADJUDGED that this entire action is dismissed.

Dated: October 04, 2019

_____
The Honorable James V. Selna
United States District Judge

15903231.1